IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| SEAN D. WASHINGTON,        )<br>                            )<br>    Plaintiff,              )<br>                            )<br>    v.                      )<br>                            )<br>DONALD VALENZA, et al.,     )<br>                            )<br>    Defendants.             ) | CIVIL ACTION NO.<br>   1:20cv354-MHT<br>        (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in the Houston County Jail, filed this lawsuit complaining of infringement of his First Amendment religious rights.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to follow court orders and prosecute this action.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of November, 2020.

                                                 /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**