IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
SEAN D. WASHINGTON,           )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )        1:20cv354-MHT
                              )            (WO)
DONALD VALENZA, et al.,       )
                              )
     Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 25) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with the orders of the court and prosecute this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of November, 2020.

                                  /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE